UNITED STATES DISTRICT COURT

__EASTERN__    **District of**    __CALIFORNIA__

| | |
|---|---|
| RODNEY LAWRENCE JACKSON,<br>        Plaintiff<br><br>                V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>        Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br><br>CASE        1:12-CV-00761-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

<u>X</u>   GRANTED.

   <u>X</u>   The clerk is directed to file the complaint.

   <u>X</u>   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____


ENTER this   __10TH__   day of   _____May_____ , __2012__ .



                                    __/s/ Barbara A. McAuliffe__
                                         Signature of Judicial Officer

                                    __BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE__
                                         Name and Title of Judicial Officer