**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| RODNEY LAWRENCE JACKSON, ) | Case No.: 1:12-CV-00761 BAM |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL |
| ) | |
| vs. ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on the Stipulation of the parties (Doc. 12), the above captioned matter is dismissed with prejudice. Each party will bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated: **October 15, 2012**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE